IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN ARCHIE BELL, III, <br>    Plaintiff, | : <br> : <br> : | PRISONER CIVIL RIGHTS <br> 42 U.S.C. § 1983 |
| v. | : <br> : | |
| JUDGE DEBRA BENIFIELD, et al., <br>    Defendants. | : <br> : | CIVIL ACTION NO. <br> 1:21-CV-00833-SDG-LTW |

**FINAL REPORT AND RECOMMENDATION**

Plaintiff John Archie Bell, III, confined at the DeKalb County Jail in Decatur, Georgia, filed a document docketed by the Clerk as a civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 1.) Plaintiff did not pay the $350.00 filing and $52.00 administrative fees required for civil actions or submit an application for leave to proceed in forma pauperis.

Under the "three strikes" provision of the Prison Litigation Reform Act (PLRA), a prisoner may not bring a civil action in federal court while proceeding in forma pauperis

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g); *see also Lomax v. Ortiz-Marquez*, 140 S. Ct. 1721, 1724 (2020) (holding that dismissal for failure to state a claim counts as a strike regardless

of whether dismissal was with or without prejudice). A district court must dismiss without prejudice a prisoner's complaint "when the prisoner has three strikes but failed to pay the filing fee when the suit began." *White v. Lemma*, 947 F.3d 1373, 1377 (11th Cir. 2020); *accord Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002) ("[A]fter three meritless suits, a prisoner must pay the full filing fee at the time he *initiates* suit.").

This Court previously determined that Plaintiff had at least three cases filed while incarcerated that were dismissed as frivolous or for failure to state a claim. *Bell v. ATL, Downtown Cent. Libr.*, No. 1:14-cv-02086-RWS, Doc. 2 (N.D. Ga. July 7, 2014), *report and recommendation adopted*, Doc. 4 (N.D. Ga. Aug. 8, 2014). Plaintiff has not shown that he is in imminent danger of serious physical injury.

Accordingly, it is **RECOMMENDED** that this action be **DISMISSED without prejudice**.

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**SO RECOMMENDED**, this  3  day of   March  , 2021.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE